An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LEAH JEAN WAGNER FOOTE N/K/A
LEAH J. WAGNER,
Appellant,
vs.
BRIAN L. FOOTE,
Respondent.

No. 62842

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs. NRAP 42(b).

It is so ORDERED.

Clerk of the Supreme Court
Tracie K. Lindeman

By: _Marie K. Lindh_

cc: Hon. Bridget Robb Peck, District Judge
Carolyn Worrell, Settlement Judge
Dyer, Lawrence, Penrose, Flaherty, Donaldson & Prunty
Joseph F. Orifici
Kathleen T. Breckenridge
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-21713.